UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIET JEFFERSON | * | CIVIL ACTION NO. 22-2050 |
| | * | |
| VERSUS | * | SECTION: "P" (1) |
| | * | |
| BARRIERE CONSTRUCTION CO., LLC | * | JUDGE DARREL J. PAPILLION |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

Defendant's Motion for Sanctions for Contempt and/or Spoliation is set for hearing on November 15, 2023. Plaintiff's opposition memorandum was not filed until after business hours on November 13, 2023. Although plaintiff failed to comply with the filing deadlines required by the Local Rules, in light of the sanctions sought, the Court will consider plaintiff's opposition. However, to allow defendant additional time to review and respond to the opposition memorandum,

IT IS ORDERED that oral argument on the Motion for Sanctions for Contempt and/or Spoliation (Rec. Doc. 47) is CONTINUED to be reset by the Court, if necessary, by separate order.

IT IS FURTHER ORDERED that a status conference shall be held via VIDEO CONFERENCE on **Wednesday, November 15, 2023**, at **11:30 a.m.**, before Magistrate Judge Janis van Meerveld. A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, Louisiana, this 14th day of November, 2023.

Janis van Meerveld
United States Magistrate Judge