UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIET JEFFERSON | * | CIVIL ACTION NO. 22-2050 |
| | * | |
| VERSUS | * | SECTION: "P" (1) |
| | * | |
| BARRIERE CONSTRUCTION CO., LLC | * | JUDGE DARRYL J. PAPILLION |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

IT IS ORDERED that the video status conference set for Wednesday, November 15, 2023, at 11:30 a.m., shall be reset to **Wednesday, November 15, 2023**, at **2:30 p.m.** A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, Louisiana, this 14th day of November, 2023.

_____
Janis van Meerveld
United States Magistrate Judge