UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIET JEFFERSON,<br>    *Plaintiff* | CIVIL ACTION<br>NO.  22-2050 |
| VERSUS | SECTION:  "P" (1) |
| BARRIERE CONSTRUCTION CO., L.L.C., ABC INSURANCE COMPANY, and 123 INSURANCE COMPANY,<br>    *Defendants* | JUDGE DARREL J. PAPILLION<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER SETTING ORAL ARGUMENT

IT IS ORDERED that oral argument on Defendant's Motion to Compel (Rec. Doc. 70) will be held on **Wednesday, January 10, 2024**, at **11:00 a.m.**, before Magistrate Judge Janis van Meerveld, Courtroom B-309, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

IT IS FURTHER ORDERED that the Court will only grant leave to file a memorandum in reply if (1) the proposed memorandum addresses issues raised by the memorandum in opposition, but not addressed in the original memorandum in support, and (2) the proposed memorandum and motion for leave are filed into the record by **4:00 p.m**. on the Friday preceding oral argument.

New Orleans, Louisiana, this 13th day of December, 2023.

_____
Janis van Meerveld
United States Magistrate Judge

CLERK TO SERVE:

Jason Randle
The Bourse Building, Suite 1000
111 S. Independence Mall East
Philadelphia, PA 19106

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly,*

*if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*