# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULIET JEFFERSON** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.: 2:22-cv-02050** |
| | * | |
| **BARRIERE CONSTRUCTION** | * | **JUDGE DARREL JAMES PAPILLION** |
| **COMPANY, LLC, ET AL** | * | |
| | * | **MAGISTRATE: JANIS VAN MEERVELD** |
| | * | |
| | * | **JURY DEMAND** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S OPPOSITION TO DEFENDANT, BARRIERE CONSTRUCTION COMPANY, LLC'S MOTION TO COMPEL RESPONSE TO SUBPOENA

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Juliet Jefferson, who respectfully submits the following Opposition to Defendant's Motion to Compel Response to Subpoena, as follows:

1.

On August 24, 2023, Defendant, Barriere Construction Company, LLC ("Barriere"), issued a Subpoena Duces Tecum and Notice of Records Deposition directed to Plaintiff's expert witness, Jason Randle, PE, LEED AP, for his written report and corresponding documents relied upon, *inter alia*.[1] These documents were to be produced by Mr. Randle by September 8, 2023.[2] On September 6, 2023, Plaintiff's counsel confirmed that Barriere's responses to Plaintiff's second set of discovery, propounded on July 6, 2023, would be produced by September 27, 2023 and that once those responses were received, Mr. Randle would have three weeks to comply with the original subpoena.[3] **Barriere's counsel confirmed that Mr. Randle would not be required to produce any documents on September 8, 2023 in response to the subpoena.[4]**

---

[1] R. Doc 70-2.
[2] *Id.*
[3] Exhibit 1, Email Correspondence dated September 6, 2023 regarding subpoena.
[4] *Id.*

2.

Plaintiff's counsel received Barriere's discovery responses on November 8, 2023.[5] This gave Mr. Randle until November 29, 2023 to respond to Barriere's subpoena per the September 6, 2023 email exchange.

3.

Defense counsel did not abide by the September 6, 2023 agreement as evidenced by the October 5, 2023 email attached as Exhibit 3 to Barriere's memorandum.[6] Moreover, Barriere has misrepresented key facts in their motion. Per the September 6, 2023 email, Mr. Randle would need to comply with Barriere's subpoena by November 29, 2023.

4.

Currently, Mr. Randle is unable to comply with Barriere's subpoena as he has only produced a working report and has not yet completed his final report. The subpoena requests:

> The written report, prepared and signed by **Jason Randle, P.E., LEED AP**, concerning **Juliet Jefferson** containing a **complete** statement of all opinions to be expressed and the basis and reasons therefore and including the data or other information considered in forming their opinions.[7]

Mr. Randle cannot produce a document that does not exist. Once the final, complete report is prepared, Mr. Randle fully intends on producing it to Barriere.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court deny Defendant's Motion to Compel and allow for an additional thirty (30) days from the date of judgment for Mr. Randle to complete and produce his expert report. Barriere will not be prejudiced by the brief delay in production.

---

[5] Exhibit 2, Barriere Construction Company, LLC's Answers to Plaintiff's Second Set of Interrogatories and Exhibit 3, Barriere Construction Company, LLC's Responses to Plaintiff's Second Set of Requests for Production of Documents.
[6] R. Doc 70-4.
[7] R. Doc 7-2 (emphasis added).

        **Respectfully submitted,**

        **WRIGHT & GRAY**

        */s/ Allison J. Johnson*
        **DARYL A. GRAY, TA, La. Bar No. 34225**
        **ALLISON J. JOHNSON, La. Bar No. 36207**
        201 St. Charles Ave., Suite 2710
        New Orleans, LA 70170
        Telephone: 504-500-0000
        Facsimile:  504-324-0445
        daryl@wrightgray.com
        allison@wrightgray.com

        ***Attorneys for Plaintiff***

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of December, 2023, electronically filed the above and foregoing pleading with the Clerk of Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record in this matter via the electronic filing system.

        */s/ Allison J. Johnson*
        Allison J. Johnson