UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIET JEFFERSON | * | CIVIL ACTION NO. 22-2050 |
| | * | |
| | * | SECTION: "P"(1) |
| VERSUS | * | |
| | * | JUDGE DARRYL JAMES PAPILLION |
| BARRIERE CONSTRUCTION CO., | * | |
| L.L.C., ABC INSURANCE CO., AND 123 | * | MAGISTRATE JUDGE |
| INSURANCE CO. | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

Before the Court is the defendant's Motion for Sanctions for Contempt and/or Spoliation. (Rec. Doc. 47). During a November 15, 2023, status conference, the Court ordered the parties to undertake additional investigation with regard to the issues raised in the motion. Because that investigation is ongoing and the results thereof will impact the basis for the motion,

IT IS ORDERED that the Motion for Sanctions (Rec. Doc. 47) is DENIED without prejudice to be reurged, if appropriate, pending the results of the parties' investigation. If the parties reach an impasse with regard to discovery into the missing photographs and text messages, they may contact the chambers of the undersigned to request a status conference regarding the issue.

New Orleans, Louisiana, this 24th day of January, 2024.

Janis van Meerveld
United States Magistrate Judge